FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

13 JUL -1 P4 :01

CLERK. U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA. KS

Earlyn Francis Haycraft                    )
_____    )
_____    )
                                            )
_____    )
(Enter above the full name of the Plaintiff(s)  )
                                            )
vs.                                         )      Case Number: 13-cv-1254-MLB-KmH
                                            )
Fidelity Management Corp.                   )
_____    )
Name                                        )
100 E. English                             )
_____    )
Street and number                          )
Wichita   KS   67202                       )
_____    )
City        State        Zip Code          )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

      A.    Name of plaintiff Earlyn Francis Haycraft
            _____

            Address 9000 E. Lincoln St., Apt. #1002, Box 8-14
            _____

                   Wichita, Kansas  67207
            _____

            _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant Fidelity Management Corp. c/o Clay Bastian    is

    employed at resident agent, 100 E. English, Wichita, KS 67202

    C.    Additional Defendants _____

## II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A.    (If Applicable) Diversity of citizenship and amount:

        1.    Plaintiff is a citizen of the State of __Kansas__.

        2.    The first-named defendant above is either

            a.    a citizen of the State of _____; or

            b.    a corporation incorporated under the laws of the State of ____Kansas____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3.    The second-named defendant above is either

            a.    a citizen of the State of _____; or

            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.     (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

    ✓ 1.     This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title 42 , Section 3604 .

    ✓ 2.     This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

    _____ 3.     Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III.     Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The plaintiff was a tenant until July 31, 2012, at Ponderosa Apartments owned by the defendant Fidelity Management Corporation. While plaintiff was a tenant, the defenant refused to make reasonable accommodations in practices and services where they were necessary to afford the plaintiff, a handicapped person, equal opportunity to use and enjoy a dwelling unit, including public and common use areas, to-wit: the defendant refused to provide the plaintiff with a compliant parking space togehter with an access aisle, and a curb cut and wheelchair accessible ramp from the parking lot to the sidewalk which was an accessible path to the plaintiff's apartment,

contrary to 24 CFR 100.204 and 100.205 pursuant to the Federal Fair Housing Act and the Americans with Disabilities Act.

_____

_____.

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Plaintiff asks for damages in excess of $75,000.00

_____

_____.

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [ ]  No [✓]

VI.   Do you claim actual damages for the acts alleged in your complaint?     Yes [✓]   No [ ]

VII.  Do you claim punitive monetary damages?  Yes [ ]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_____

_____

_____

_____

_____

4

VIII.   Administrative Procedures:

     A.    Have the claims which you make in this civil action been presented through any
           type of Administrative Procedure within any government agency? Yes [ ]  No [✓]

     B.    If you answered yes, give the date your claims were presented, how they
           were presented, and the result of that procedure:

_____

_____

_____

     C.    If you answered no, give the reasons, if any, why the claims made in this action
           have not been presented through Administrative Procedures:

           It is not necessary to file a claim through Administrative Procedures

_____

_____

IX.   Related Litigation:

Please mark the statement that pertains to this case:

     _____    This cause, or a substantially equivalent complaint, was previously filed in
              this court as case number _____ and assigned to the
              Honorable Judge _____.

     __✓__    Neither this cause, nor a substantially equivalent complaint, previously
              has been filed in this court, and therefore this case may be opened as an
              original proceeding.

_Earlyn Frances Haycraft_
Signature of Plaintiff

Earlyn Francis Haycraft
Name (Print or Type)

5

9000 E. Lincoln St., Apt #1002 Box 8-14
_____
Address

Wichita, Kansas  67207
_____
City          State          Zip Code

~~909-843-5891~~  316-882-2056
_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☑Wichita,  ☐Kansas City    or  ☐Topeka  , Kansas as the location for the
(check one location)
trial in this matter.

_Carlyn Frances Haycraft_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☑yes  ☐no .
(check one)

_Carlyn Frances Haycraft_
Signature of Plaintiff

Dated: 7/1/13
(Rev. 8/07)

6